## MOTION AND PROCEDURAL RULINGS

**1997–1474. State v. Sheppard.**
Hamilton App. Nos. C–950402 and C–950744. On motion to set execution date. Motion denied.

**2004–1163. State v. Johnson.**
Guernsey C.P. No. 03CR116. On application for reopening under S.Ct.Prac.R. 11.06. Application denied.

PFEIFER, J., dissents.

**2012–2098. In re Comm. Rev. of Capacity Charges of Ohio Power Co.**
Public Utilities Commission, No. 10–2929–EL–UNC. On appellee's motion to dismiss Industrial Energy Users–Ohio's appeal. Motion granted. The appeal of Industrial Energy Users–Ohio is dismissed. On joint motion to consolidate case Nos. 2012–2098 and 2013–0228 for the purposes of briefing. Motion granted. The cross-appeals remain pending and are consolidated with case No. 2013–0228 for briefing. Industrial Energy Users–Ohio and Ohio Consumers' Counsel shall proceed as the appellants/cross-appellees and all other parties shall proceed as appellee or appellees/cross-appellants. The appellants/cross-appellees shall file their first brief within 40 days of the date of this entry and the case shall otherwise proceed in accordance with S.Ct.Prac.R. 16.05.

PFEIFER and O'NEILL, JJ., would deny the motion to dismiss.

**2013–0228. In re Comm. Rev. of Capacity Charges of Ohio Power Co.**
Public Utilities Commission, No. 10–2929–EL–UNC. On Ohio Power Company's motion to dismiss. Motion denied. On joint motion to consolidate case Nos. 2012–2098 and 2013–0228 for the purposes of briefing, it is ordered by the court that the motion is granted. Industrial Energy Users–Ohio and Ohio Consumers' Counsel shall proceed as the appellants/cross-appellees and all other parties shall proceed as appellee or appellees/cross-appellants. The appellants/cross-appellees shall file their first brief within 40 days of the date of this entry and the case shall otherwise proceed in accordance with S.Ct.Prac.R. 16.05.

**2013–0473. Docks Venture, L.L.C. v. Dashing Pacific Group LTD.**
Lucas App. No. L–12–1312. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2012–1398, *Gauthier v. Gauthier*, 12th Dist. No. CA2011–05–048, 2012-Ohio-3046; and briefing schedule stayed.

**2013–0604. State v. Lung.**
Brown App. No. CA2012–03–004, 2012-Ohio-5352. On motion for delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2013–0280. State ex rel. Calvaruso v. Brown.**
In Quo Warranto. On consideration of respondent's motion for judgment on the pleadings. Motion denied. On consideration of the city of Akron's motion for leave to intervene. Motion granted. An alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. 12.05: The parties shall file any evidence they intend to present within 20 days after the date of this entry; relator shall file a brief within 10 days after the filing of the evidence; respondent shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within 7 days after the filing of respondent's brief.

**2013–0606. State v. Finkbeiner.**
Brown App. No. CA2012–08–016. On motion for delayed appeal. Motion granted.

O'CONNOR, C.J., and FRENCH, J., dissent.

**2013–0610. State v. West.**
Cuyahoga App. No. 98274, 2013-Ohio-487. On motion for delayed appeal. Motion granted.

O'DONNELL and FRENCH, JJ., dissent.

**2013–0613. State v. Hale.**
Franklin App. Nos. 09AP–609 and 09AP–610. On motion for delayed appeal. Motion denied.

PFEIFER, J., dissents.